d

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-801-448

**Effective date of
registration:**

January 11, 2012

## Title

**Title of Work:** Hana Lagoons by Vincent Scott Tylor
**Contents Titles:** hana lagoons, Published April 1, 2006;

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** April 1, 2006      **Nation of 1st Publication:** United States

## Author

■         **Author:** Vincent Scott Tylor

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1986

## Copyright claimant

**Copyright Claimant:** Vincent Scott Tylor

PO Box 510164, Kealia, HI, 96751, United States

## Rights and Permissions

**Name:** Vincent Scott Tylor

**Email:** scottetylor@gmail.com          **Telephone:** 747-333-6603

**Address:** PO Box 510164

Kealia, HI 96751  United States

## Certification

**Name:** David Gordon Oppenheimer

**Date:** January 11, 2012

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-871-794**

**Effective date of registration:**

May 13, 2013

## Title

**Title of Work:** 2003 Hanauma Bay Lookout Original by Vincent Scott Tylor

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** January 1, 2004      **Nation of 1st Publication:** United States

## Author

■      **Author:** Vincent Scott Tylor

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Vincent Scott Tylor

PO Box 510164, Kealia, HI, 96751, United States

## Rights and Permissions

**Name:** Vincent Scott Tylor

**Email:** scottetylor@gmail.com      **Telephone:** 808-823-1263

## Certification

**Name:** Vincent Khoury Tylor

**Date:** May 13, 2013

Page 1 of 1

Vincent Scott Tylor
PO Box 510164
Kealia, HI 96751  United States

*0000VA000187179401 01*

**Service Request #:** 1-9348667 21

**Registration #:** VA0001871794