**Vincent Scott Tylor Image: "Hana Lagoons"**



**Scott Hawaii Pinterest Page  Screen Capture**



# EXHIBIT D

**Vincent Scott Tylor Image: "Hanauma Bay Lookout Original"**



**Scott Hawaii Pinterest Page  Screen Capture**

