STARN O'TOOLE MARCUS & FISHER

MARK J. BENNETT 2672-0
MATEO CABALLERO 10081-0
733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawaii 96813
Telephone No: (808) 537-6100
Facsimile No.: (808) 537-5434
Email: mbennett@starnlaw.com

Attorney for Defendant
SCOTT SHOE CO. LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT SHOE CO. LTD., JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-2, and DOE ASSOCIATIONS 1-10,<br><br>Defendants. | CIVIL NO. 14-00065 DKW-BMK<br>[Copyright Infringement]<br><br>DEFENDANT SCOTT SHOE CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATIONS FILED ON FEBRUARY 6, 2014; CERTIFICATE OF SERVICE |

DEFENDANT SCOTT SHOE CO. LTD'S ANWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATIONS FILED ON FEBRUARY 6, 2014

Defendant Scott Shoe Co. Ltd. ("Scott Shoe" or "Defendant"), by its undersigned attorneys, hereby answers the Complaint of Plaintiffs Vincent Khoury Tylor and Vincent Scott Tylor ("Tylors" or "Plaintiffs") and interposes affirmative defenses thereto.

## PARTIES

1. Scott Shoe lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1 and therefore denies the same.

2. Scott Shoe lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 and therefore denies the same.

3. Scott Shoe admits that it is a domestic for-profit corporation registered in the State of Hawaii, with its principal place of business in Honolulu, Hawaii and that it does business as Scott Hawaii.

4. Scott Shoe lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4 and therefore denies the same.

## JURISDICTION AND VENUE

5. Scott Shoe admits that the complaint in this action alleges copyright infringement under Title 17 of the United States Code. Scott Shoe denies any other allegations that may be contained in Paragraph 5.

6. Scott Shoe admits that this Court has subject matter jurisdiction over cases arising under Title 17 of the United States Code. Scott Shoe denies any other allegations that may be contained in Paragraph 6.

7. Scott Shoe admits that venue is proper in this District. Scott Shoe denies any other allegations that may be contained in Paragraph 7.

## FACTUAL ALLEGATIONS

8. Admitted.

9. Scott Shoe admits that it maintains a website at http://www.scotthawaii.com (the "Scott Shoe website"). Scott Shoe admits that customers can complete online purchases of Scott Shoe products through the Scott Shoe website. Scott Shoe denies any other allegations that may be contained in Paragraph 9.

10. Scott Shoe admits that it maintains a Facebook page at https://www.facebook.com/ScottHawaii1932 (the "Scott Shoe Facebook page"). Scott Shoe admits that this Facebook page contains information about Scott Shoe. Scott Shoe admits that this Facebook page contains a hyperlink to the Scott Shoe

website and that if a user clicked the link the user would navigate to the Scott Shoe website. Scott Shoe denies any other allegations that may be contained in Paragraph 10.

11. Scott Shoe admits that it maintains a Pinterest page at http://pinterest.com/ScottHawaii (the "Scott Shoe Pinterest page"). Scott Shoe admits that this Pinterest page contains a hyperlink to the Scott Shoe website and that if a user clicked the link the user would navigate to the Scott Shoe website. Scott Shoe denies any other allegations that may be contained in Paragraph 11.

12. Scott Shoe admits that it maintained a Tumblr blog at http://scotthawaii.tumblr.com. Scott Shoe does not currently maintain a Tumblr blog. Scott Shoe denies any other allegations that may be contained in Paragraph 12.

13. Scott Shoe admits that the text "View Our Other Sites" appears on the Scott Shoe website. Scott Shoe admits that there exist hyperlink buttons under this website text that enable users to navigate to the Scott Shoe Facebook page, the Scott Shoe Pinterest page, and other pages. Scott Shoe admits that the text "Share Our Site with Friends" appears on the Scott Shoe website. Scott Shoe admits that there exist hyperlink buttons under this website text that enable users to share a link to the Scott Shoe website on those users' Facebook pages, Pinterest pages, and others. Scott Shoe admits that the text "Find us on Facebook" appears

on the Scott Shoe website. Scott Shoe admits that there exists a hyperlink under this website text that enables users to navigate to the Scott Shoe Facebook page. Scott Shoe admits that there exists a hyperlink button on the Scott Shoe website that facilitates users "liking" the Scott Shoe website on such users' Facebook pages. Scott Shoe denies any other allegations that may be contained in Paragraph 13.

14. Scott Shoe denies that the photographs identified in the Complaint are registered in the United States Copyright Office. Scott Shoe lacks knowledge or information sufficient to form a belief as to the truth of any other allegations that may be contained in Paragraph 14 and therefore denies the same.

15. Scott Shoe denies that there exist U.S. copyright registrations for works named "O-23 Waikiki Dusk," "A-12-B LaniKai-girl," "O-05 Chinamans Hat," "K-42 Secret Beach," "M-25 Kaanapali Beach," "O-06 Hanauma Bay Wide," "K-06-B Wailua Falls Rainbow," "B-04 Anaehoomalu Bay Sunset," or "S-02 Fire at Shipwrecks." Scott Shoe admits that documents appearing to be U.S. Copyright Certificates of Registration numbered VA 1-696-555, VA 1-432-741, VA 1-696-552, and VA 1-432-820 appear as Exhibit A to the Complaint. Scott Shoe lacks knowledge or information sufficient to form a belief as to the truth of any other allegations that may be contained in Paragraph 15 and therefore denies the same.

16. Scott Shoe denies that there exist U.S. copyright registrations for works named "Hana Lagoons" or "Hanauma Bay Lookout Original." Scott Shoe admits that documents appearing to be U.S. Copyright Certificates of Registration numbered VA 1-801-448 and VA 1-871-794 appear as Exhibit B to the Complaint. Scott Shoe lacks knowledge or information sufficient to form a belief as to the truth of any other allegations that may be contained in Paragraph 16 and therefore denies the same.

17. Scott Shoe lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17 and therefore denies the same.

18. Scott Shoe lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18 and therefore denies the same.

19. Scott Shoe admits that documents appearing to be screenshots of webpages appear as Exhibit C to the Complaint. Scott Shoe lacks knowledge or information sufficient to form a belief as to the truth of any other allegations that may be contained in Paragraph 19 and therefore denies the same.

20. Scott Shoe admits that documents appearing to be screenshots of webpages appear as Exhibit D to the Complaint. Scott Shoe lacks knowledge or information sufficient to form a belief as to the truth of any other allegations that may be contained in Paragraph 20 and therefore denies the same.

21. Scott Shoe admits that it received a letter dated September 4, 2013 from an attorney who identified himself as representing Plaintiffs. Scott Shoe admits that the content of the letter speaks for itself. Scott Shoe denies any other allegations that may be contained in Paragraph 21.

22. Scott Shoe admits that its counsel transmitted a letter dated September 18, 2013 to Plaintiffs' counsel. Scott Shoe admits that the content of the letter speaks for itself. Scott Shoe denies any other allegations that may be contained in Paragraph 22.

23. Denied.

24. Scott Shoe admits that its counsel received a letter dated November 1, 2013 from Plaintiffs' counsel. Scott Shoe admits that the content of the letter speaks for itself. Scott Shoe admits that its counsel and counsel for Plaintiffs' exchanged additional correspondence, including during the month of December. Scott Shoe admits that the content of such correspondence speaks for itself. Scott Shoe admits that there exists no "settlement" between it and

Plaintiffs. Scott Shoe denies any other allegations that may be contained in Paragraph 24.

25. Scott Shoe admits that a document appearing to be a screenshot of webpage appears as Exhibit E to the Complaint. Scott Shoe denies any other allegations that may be contained in Paragraph 25.

26. Scott Shoe lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26 and therefore denies the same.

27. Scott Shoe admits that Exhibits C and E to the Complaint appear to contain reproductions of photographic images. Scott Shoe denies any other allegations that may be contained in Paragraph 27.

28. Scott Shoe admits that its Facebook page has currently been "Liked" by more than 20,000 Facebook users. Scott Shoe denies any other allegations that may be contained in Paragraph 28.

29. Denied.

30. Scott Shoe admits that its Pinterest page currently has more than 2,000 followers. Scott Shoe denies any other allegations that may be contained in Paragraph 30.

31. Denied.

32. Denied.

## FIRST CAUSE OF ACTION:
## COPYRIGHT INFRINGEMENT

33. No response is required.

34. Scott Shoe lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 34 and therefore denies the same.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

## SECOND CAUSE OF ACTION:
## DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATIONS

47. No response is required.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Any allegation in the Complaint that is not expressly addressed above, is Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. Plaintiffs' claims are barred on the grounds of estoppel.

### SECOND AFFIRMATIVE DEFENSE

2. Plaintiffs' claims are barred on the grounds of waiver.

### THIRD AFFIRMATIVE DEFENSE

3. Plaintiffs' claims for relief are barred on the grounds of license.

### FOURTH AFFIRMATIVE DEFENSE

4. Plaintiffs' claims for relief are barred on the grounds of laches.

**FIFTH AFFIRMATIVE DEFENSE**

5. Plaintiffs' claims for relief are barred due to Plaintiffs' unclean hands.

**SIXTH AFFIRMATIVE DEFENSE**

6. Plaintiffs' claims for relief are barred on the grounds of fair use.

**SEVENTH AFFIRMATIVE DEFENSE**

7. The Complaint fails to state a claim upon which relief may be granted.

**EIGHTH AFFIRMATIVE DEFENSE**

8. Plaintiffs have suffered no irreparable harm and are not entitled to injunctive relief.

**SCOTT SHOE'S PRAYER FOR RELIEF**

WHEREFORE, Scott Shoe respectfully requests a judgment against the Plaintiffs as follows:

A. That Plaintiffs take nothing as the result of the Complaint;

B. That the Complaint be dismissed with prejudice;

C. That the Court award Scott Shoe of its costs, including its attorneys' fees, pursuant to 17 U.S.C. § 505;

D. That the Court grant Scott Shoe such additional relief as the Court deems just and proper.

DATED: Honolulu, Hawaii, March 5, 2014.

*/s/ Mark J. Bennett*
MARK J. BENNETT
MATEO CABALLERO

Attorneys for Defendant
SCOTT SHOE CO. LTD.