CHEE MARKHAM & FELDMAN
Attorneys At Law

GREGORY K. MARKHAM (3453-0)
KEITH K. KATO (5320-0)
1001 Bishop Street, Suite 2700
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808) 523-0115

Attorneys for Defendant / Third-Party Plaintiff
SCOTT SHOE CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT SHOE CO., LTD., a Hawaii Corporation, dba SCOTT HAWAII; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10<br><br>Defendants.<br><br>and<br><br>SCOTT SHOE CO., LTD., a Hawaii Corporation, dba SCOTT HAWAII,<br><br>Third-Party Plaintiff,<br>vs.<br><br>SOCIALKATY, INC.; an Illinois | CIVIL NO. 1:14CV00065 DKW-BMK<br>(Copyright Infringement)<br><br>SCOTT SHOE CO., LTD., dba SCOTT HAWAII'S INITIAL DISCLOSURE STATEMENT AND CERTIFICATE OF SERVICE |

Corporation, dba MANIFEST DIGITAL; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10

Third-Party Defendants.

**SCOTT SHOE CO., LTD. dba SCOTT HAWAII'S**
**INITIAL DISCLOSURE STATEMENT**

Defendant/Third-Party Plaintiff SCOTT SHOE CO. LTD. dba SCOTT HAWAII, by and through its attorneys, the law firm of Chee Markham & Feldman, makes the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

1. Defendant/Third-Party Plaintiff believes the following individuals may have discoverable information regarding Plaintiff VINCENT KHOURY TYLOR'S claims in this action and may be called to testify regarding such information:

VINCENT KHOURY TYLOR
c/o J. Steven Street
134 Maono Place
Honolulu, Hawaii 96821

VINCENT SCOTT TYLOR
c/o J. Steven Street
134 Maono Place
Honolulu, Hawaii 96821

MICHAEL SCOTT
c/o Gregory K. Markham
1001 Bishop Street, Suite 2700
Honolulu, Hawaii 96813

ANDY ANGELOS
Chief Operating Officer
SOCIALKATY, Inc. dba MANIFEST DIGITAL
35 E. Wacker Place, Suite 1000
Chicago, Illinois 60601

SARAH JAMES
Associate Director of Social Media
SOCIALKATY Inc. dba MANIFEST DIGITAL
35 E. Wacker Place, Suite 1000
Chicago, Illinois 60601

KATY LYNCH
President
SOCIALKATY Inc. dba MANIFEST DIGITAL
35 E. Wacker Place, Suite 1000
Chicago, Illinois 60601

JOSEPH GRADY
Chief Financial Officer
SOCIALKATY Inc. dba MANIFEST DIGITAL
35 E. Wacker Place, Suite 1000
Chicago, Illinois 60601

Defendant/Third-Party Plaintiff further reserves the right to call witnesses to identified by Plaintiff or otherwise identified during the course of discovery.

2. Defendant/Third-Party Plaintiff may use the following described documents to support the defenses asserted herein:

A. Master Service Agreement between SOCIALKATY, Inc. dba MANIFEST DIGITAL and SCOTT SHOE CO. LTD. dba SCOTT HAWAII, signed March 1, 2012, for social media marketing provided by SOCIALKATY, Inc. dba MANIFEST DIGITAL.

B. Copies of all correspondence between agents of SOCIALKATY, Inc. dba MANIFEST DIGITAL and SCOTT SHOE CO. LTD. dba SCOTT HAWAII regarding this matter.

Def endant/Third-Party Plaintiff further reserves the right to use information, documents, and things subsequently obtained from Plaintiff, Third-Party Defendant, and/or other third parties during the course of discovery.

3. SCOTT SHOE CO. LTD. dba SCOTT HAWAII is unable to provide any calculation or computation of damages until and after discovery is conducted as to the nature and scope of the damages alleged by Plaintiffs herein. SCOTT SHOE CO. LTD. dba SCOTT HAWAII reserves the right, pursuant to FRCP Rule 26(e), to amend/supplement its calculation/computation of damages with information that may be ascertained or determined through further investigation/discovery.

4. SCOTT SHOE CO. LTD. dba SCOTT HAWAII is being defended in this matter under a commercial general liability insurance policy issued by

American Hallmark Insurance Company of Texas, which will be made available for inspection upon request.

DATED: Honolulu, Hawaii, October 6, 2014.

/s/ Gregoy K. Markham

GREGORY K. MARKHAM
KEITH K. KATO
Attorneys for Defendant/Third-Party Plaintiff SCOTT SHOE CO. LTD. dba SCOTT HAWAII