DKW

ORIGINAL

J. STEPHEN STREET 1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii 96821
Telephone No.: (808) 754-1647
Facsimile No.: (888) 334-6499
E-mail: jsstreet@ip-law-hawaii.com

DANE ANDERSON 9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii 96806
Telephone No.: (808) 285-4760
E-mail: dane@andersonlawhawaii.com

Attorneys for Plaintiffs

LODGED
MAY 27 2015
3:50 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 28 2015
at 1 o'clock and 51 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT SHOE CO., LTD., a Hawaii Corporation, dba SCOTT HAWAII; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>Defendants.<br><br>and<br><br>SCOTT SHOE CO., LTD., a Hawaii | CIVIL NO. 14-00065 DKW-BMK<br>(Copyright Infringement)<br><br>STIPULATED JUDGMENT; ORDER |

Corporation, dba SCOTT HAWAII )
)
Third-Party )
Plaintiff, )
)
vs. )
)
SOCIALKATY, INC., an Illinois )
Corporation, dba MANIFEST )
DIGITAL; JOHN DOES 1-10; JANE )
DOES 1-10; DOE CORPORATIONS )
1-10, )
)
Third-Party )
Defendants. )
)

**STIPULATED JUDGMENT**

Plaintiffs VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR (collectively "Tylors"), by and through their counsel, and Third-Party Defendant SOCIALKATY, INC., an Illinois Corporation, dba MANIFEST DIGITAL ("Socialkaty"), by and through its counsel, hereby stipulate and agree as follows:

1. Socialkaty admits that Tylors' claims for copyright infringements in violation of 17 U.S.C. §§ 101 *et seq.* and claims of Digital Millennium Copyright Act violations under 17 U.S.C. § 1202, in Tylors' Complaint filed on February 6, 2014, as Document 1 in this action, could have been brought against Socialkaty as it is directly and independently liable for some of those claims.

2. Socialkaty admits that the Court's jurisdiction in this action and over Socialkaty in this action is proper, that the naming of Socialkaty as a defendant in Tylors' Complaint in this action would be proper, and that venue is proper.

3. Socialkaty admits that it is directly and independently liable for some of the claims asserted in Tylors' filed Complaint, Document 1, and that it committed some of the copyright infringements and Digital Millennium Copyright Act violations asserted in Tylors' Complaint.

4. Judgment shall be entered in favor of Tylors and against Socialkaty in the principal sum of $50,000.00, which represents a fair and reasonable amount of compensation for Tylors' direct claims asserted or that could have been asserted against Socialkaty for its independent liability in this action, separate and apart from the claims for which Socialkaty may be jointly and severally liable with Defendant SCOTT SHOE CO., LTD., a Hawaii Corporation, dba SCOTT HAWAII ("Scott Shoe") to Tylors.

5. Socialkaty and Tylors have entered into a settlement agreement with Scott Shoe to settle Scott Shoe's claims against Socialkaty in this action, including all claims for contribution and indemnification for joint and several liability.

6. The parties agree that the Court shall retain continuing jurisdiction of this action for the purpose of enforcing this stipulated judgment.

SO STIPULATED AND AGREED TO this 27th day of May 2015.

J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiffs VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR

SO STIPULATED AND AGREED TO this 18th day of May 2015.

BILL KATRIS
HORWOOD MARCUS & BERK CHARTERED
Attorneys for Third-Party Defendant SOCIALKATY, INC.

SO STIPULATED AND AGREED TO this 26th day of May 2015.

GREGORY K. MARKHAM
KEITH K. KATO
CHEE MARKHAM & FELDMAN
Attorneys for Defendant SCOTT SHOE CO., LTD.

APPROVED AND SO ORDERED:

5/28/15

U.S. District Judge

DERRICK K. WATSON

---

STIPULATED JUDGMENT; ORDER;
*VINCENT KHOURY TYLOR et al. v. SCOTT SHOE CO., LTD et al.*; United States District Court For The District of Hawaii; Civil No. 14-00065 DKW-BMK