J. STEPHEN STREET 1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii 96821
Telephone No.: (808) 754-1647
Facsimile No.: (888) 334-6499
E-mail: jsstreet@ip-law-hawaii.com

DANE ANDERSON 9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii 96806
Telephone No.: (808) 285-4760
E-mail: dane@andersonlawhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT SHOE CO., LTD., a Hawaii Corporation, dba SCOTT HAWAII; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>Defendants.<br><br>and<br><br>SCOTT SHOE CO., LTD., a Hawaii | ) | CIVIL NO. 14-00065 DKW-BMK<br>(Copyright Infringement)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) F.R.C.P. AS TO SCOTT SHOE CO., LTD., a Hawaii Corporation, dba SCOTT HAWAII |

Corporation, dba SCOTT HAWAII

Third-Party Plaintiff,

vs.

SOCIALKATY, INC., an Illinois Corporation, dba MANIFEST DIGITAL; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10,

Third-Party Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) F.R.C.P. AS TO SCOTT SHOE CO., LTD., a Hawaii Corporation, dba SCOTT HAWAII**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure due to settlement between and among Plaintiffs VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR (collectively "Plaintiffs") and SCOTT SHOE CO., LTD., a Hawaii Corporation, dba SCOTT HAWAII ("Scott Shoe"), being all of the parties who have appeared in this action, Plaintiffs and Scott Shoe hereby stipulate to a dismissal with prejudice as to all claims against Scott Shoe alleged in the Complaint (Dkt. #1) filed in this action on February 6, 2014, and Scott Shoe's Third-Party Complaint Against SOCIALKATY, INC., an Illinois Corporation, dba MANIFEST DIGITAL ("Socialkaty") (Dkt. #22) filed in this action.

A Stipulated Judgment (Dkt. # 37) has been entered against Socialkaty and in favor of Plaintiffs, and this stipulated dismissal shall have no effect on that Stipulated Judgment.

Trial is scheduled for September 14, 2015. Scott Shoe shall bear its own costs and attorneys' fees with respect to its claims or defenses against Plaintiffs, and Plaintiffs shall bear their own costs and attorneys' fees with respect to their claims against Scott Shoe. This Stipulation is signed by counsel for Plaintiffs and Scott Shoe, being all parties that have appeared in this action. Plaintiffs and Scott Shoe agree that this Court shall retain jurisdiction to resolve any disputes or actions related to the Confidential Mutual Settlement and Release Agreement by and between Plaintiffs and Scott Shoe, dated March 5, 2015. See Kokkonen v. Guardian Life Ins., 511 U.S. 375, 381-82 (1994) (holding that where dismissal is pursuant to Rule 41(a)(1)(A)(ii), a District Court is authorized to retain jurisdiction over the settlement contract if the parties agree).

DATED: Honolulu, Hawai`i, June 12, 2015.

/s/ J. Stephen Street
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiffs
VINCENT KHOURY TYLOR & VINCENT SCOTT TYLOR

/s/ Gregory K. Markham
GREGORY K. MARKHAM
KEITH K. KATO
CHEE MARKHAM & FELDMAN
Attorneys for Defendant SCOTT SHOE CO., LTD.

APPROVED AS TO FORM.

DATED: June 15, 2015 at Honolulu, Hawai'i.

/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge